UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Docket No.: 3:06cr141WHB-LRA-001 |
| ) | |
| JIMMY JACKSON ) | |

### ORDER OF DISMISSAL

The Court, after reviewing information from the United States Probation Office that the defendant was to self surrender to the Bureau of Prisons on March 19, 2007 and upon receiving information from the U. S. Marshals Service that they intend to keep the defendant in custody since his self surrender date has passed, hereby DISMISSES the Petition for Action on Conditions of Pretrial Release filed on March 8, 2007 and the AMENDED Petition for Action on Conditions of Pretrial Release filed on March 15, 2007.

SO ORDERED THIS THE 21st Day of March, 2007.

Linda R. Anderson
U.S. MAGISTRATE JUDGE